**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY TUCKER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>           -against-<br>HIGHGATE HOTELS, L.P. D/B/A THE WAGNER HOTEL<br>                    Defendant. | Case No. 1:18-cv-10619-DAB<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
             April 30, 2019

| | |
|---|---|
| By: _____<br>Joseph H. Mizrahi, Esq.<br>Cohen & Mizrahi LLP<br>300 Cadman Plaza West, 12th Fl.<br>Brooklyn, New York 11201<br>joseph@cml.legal<br>*Attorneys for Plaintiff* | By: _____<br>Martin H. Orlick, Esq.<br>Jeffer Mangels Butler & Mitchell LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, California 94111<br>MHO@jmbm.com<br>*Attorneys for Defendant* |